### Eugene NAVARRO v. STATE. (No. 13128.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

Tafolla, Swain & Montalbo, of San Antonio, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, unlawfully carrying a pistol; penalty, 60 days in the county jail.

We find in the record neither a statement of facts nor any bill of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Clarence PRICE v. STATE. (No. 13152.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

F. P. Adams, of Jasper, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The unlawful manufacture of intoxicating liquor is the offense;

punishment fixed at confinement in the penitentiary for a period of one year.

No irregularities in the proceedings are brought up by bills of exceptions or otherwise; nor is the record accompanied by any statement of the facts.

The judgment is affirmed.

### H. H. ROBERTS v. STATE. (No. 13129.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

Oliver W. Johnson, of San Antonio, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is unlawfully carrying a pistol; punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Neal ROSS v. STATE. (No. 13039.)

Court of Criminal Appeals of Texas. Nov. 27, 1929.

Paul S. Colley, Jr., of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is assault with intent to murder; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.